UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAUSTINA E. HAYNES,

                Plaintiff,

- against -

THE CITY OF NEW YORK, DAVID HANSELL, JILL KRAUSS, MELISSA HESTER, TIA WADDY, and JOHN and JANE DOE (said names being fictitious, the persons intended being those who aided and abetted the unlawful conduct of the named Defendants),

                Defendants.

**ORDER**

19 Civ. 11008 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the conference currently scheduled for April 2, 2020 is adjourned to **May 14, 2020 at 11:00 a.m.**

Dated:  New York, New York
        March 23, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge