UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAUSTINA E. HAYNES,

                Plaintiff,

- against -

THE CITY OF NEW YORK, DAVID HANSELL, JILL KRAUSS, MELISSA HESTER, TIA WADDY, and JOHN and JANE DOE (said names being fictitious, the persons intended being those who aided and abetted the unlawful conduct of the named Defendants),

                Defendants.

**ORDER**

19 Civ. 11008 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    The conference currently scheduled for December 17, 2020 is adjourned <u>sine</u> <u>die</u>.

    The following schedule will apply to Defendants' motion for summary judgment:

1. Defendants' motion is due on **January 15, 2021**;

2. Plaintiff's opposition is due on **February 15, 2021**; and

3. Defendants' reply, if any, is due on **March 1, 2021**.

Dated: New York, New York
        December 16, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge