# BERANBAUM MENKEN LLP

80 PINE STREET, 33RD FLOOR

NEW YORK, NEW YORK 10005

TELEPHONE: (212) 509-1616
FACSIMILE: (212) 509-8088
WWW.NYEMPLOYEELAW.COM

MEMORANDUM ENDORSED.

1/22/2021

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

JOHN A. BERANBAUM∆
BRUCE E. MENKEN
JASON J. ROZGER∆
SCOTT SIMPSON
BRENNA RABINOWITZ
RAYA SAKSOUK

∆ALSO ADMITTED NJ

January 21, 2021

**VIA ECF**
The Hon. Lewis J. Liman
U.S. District Court Judge
Southern District of New York
500 Pearl St., Rm. 701
New York, NY 10007

Re: <u>Malzberg v. New York University</u>, No. 1:19-cv-10048 (LL)

Dear Judge Liman:

      This firm represents the Plaintiff in the above-captioned matter. I write on behalf of both parties pursuant to this Court's January 19, 2021 Order requiring the parties to provide a status update by January 21, 2021. ECF no. 47.

      The parties participated in a mediation session on January 13, 2021, which did not result in a settlement. As it turns out, the parties continue to attempt to resolve this matter. Our progress has been hampered by certain personal circumstances of the Plaintiff that stalled the negotiations for a few days. Given the time, expenses and resources the parties will expend if this litigation is not resolved—in the near term, expert discovery and a motion for summary judgment—the parties would like additional time to attempt to settle the case and would like to provide the Court with a final status update no later than February 4, 2021.

      Both parties thank the Court for its consideration of this request.

Respectfully yours,

/s/ Scott Simpson
Scott Simpson
Beranbaum Menken LLP
80 Pine St., 33rd Fl.
New York, NY 10005
Tel.: 212-509-1616

Fax: 212-509-8088

cc: Joan Gilbride, Esq. (by ECF)