UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FAUSTINA E. HAYNES,                                    :
                                                       :
                Plaintiff,              :           **ORDER**
                                                       :
    -against-                                         :           19-CV-11008 (PGG)(KNF)
                                                       :
THE CITY OF NEW YORK, DAVID HANSELL,                   :
JILL KRAUSS, MELISSA HESTER, TIA WADDY,                :
and JOHN and JANE DOE (said names being                :
fictitious, the persons intended being those who aided :
and abetted the unlawful conduct of the named          :
Defendants),                                           :
                                                       :
                Defendants.             :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on February 11, 2021, at 2:00 p.m. All parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated:  New York, New York          SO ORDERED:
          February 9, 2021

                                                        _Kevin Nathaniel Fox_
                                                KEVIN NATHANIEL FOX
                                                UNITED STATES MAGISTRATE JUDGE