UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____     │
│ DATE FILED: _____         │
└─────────────────────────────────────┘
```

FAUSTINA E. HAYNES,

              Plaintiff,

   - against -

THE CITY OF NEW YORK, DAVID
HANSELL, JILL KRAUSS, MELISSA
HESTER, TIA WADDY, and JOHN and
JANE DOE (said names being fictitious, the
persons intended being those who aided and
abetted the unlawful conduct of the named
Defendants),

              Defendants.

**ORDER**

19 Civ. 11008 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that trial in this matter will take place on **Monday, June 23, 2025** at 9:30 a.m. in Courtroom 705 of the Thurgood Marshall United States Courthouse.

The joint pretrial order, proposed voir dire, motions in limine and requests to charge are due on **May 23, 2025**.  Any responsive papers are due **May 30, 2025**.

Dated:  New York, New York
       May 1, 2025

                          SO ORDERED.

                          Paul G. Gardephe
                          United States District Judge