UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAUSTINA E. HAYNES,

                Plaintiff,

- against -

THE CITY OF NEW YORK, DAVID HANSELL, JILL KRAUSS, MELISSA HESTER, TIA WADDY, and JOHN and JANE DOE (said names being fictitious, the persons intended being those who aided and abetted the unlawful conduct of the named Defendants),

                Defendants.

**ORDER**

19 Civ. 11008 (PGG) (JW)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court having been advised that all claims asserted herein have been settled (see Dkt. Nos. 115, 116), it is ordered that the above-entitled action be, and hereby is, dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within thirty days of this order, any party may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored. The Clerk of Court is directed to close the case. Any pending dates and deadlines are adjourned sine die, and any pending motions are moot.

Dated: New York, New York
       June 10, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge